COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



AZRA HAMEED,


 Appellant,


v.


HARBANS SINGH,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-07-00052-CV
 


Appeal from the


County Court at Law No. 4


of Dallas County, Texas

 

(TC# cc-06-07320-D)


MEMORANDUM OPINION


 Pending before this Court is Appellant Azra Hameed's motion to dismiss this appeal under
Tex. R. App. P. 42.1. Appellant represents to the Court that she no longer wishes to pursue an appeal
as the trial court has set aside the default judgment which was the subject of the appeal. We have
considered this cause on the motion and conclude the motion should be granted. See Tex. R. App.
P. 42.1(a)(1). Therefore, we grant Appellant's motion to dismiss and dismiss this appeal. Costs will
be taxed against Appellant. See Tex. R. App. P. 42.1(d).


 KENNETH R. CARR, Justice


April 19, 2007


Before Chew, C.J., McClure, and Carr, JJ.